IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-CR-4038 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 924(a)(1)(A): False |
| DEAN ALLEN KOHLER, | ) | Statement During Purchase of |
| | ) | Firearm |
| Defendants. | ) | |

The Grand Jury charges:

## Count 1

### False Statement During Purchase of a Firearm

On or about February 4, 2022, in the Northern District of Iowa, defendant DEAN ALLEN KOHLER, in connection with his acquisition of a firearm, a Savage Arms, Axis XP, 350 Legend caliber rifle, bearing serial number P289460, knowingly made false statements and representations to Fleet Farm, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Fleet Farm, in that defendant represented (1) he had never been adjudicated as a mental defective or committed to a mental institution, when in fact defendant has been subject to two separate court orders adjudicating him as a mental defective; and (2) whether he had been subject to a court order restraining him from harassing, stalking, or threatening a child or an

1

intimate partner or child of such partner, when in fact defendant has been the subject of a protective order with an intimate partner.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/
_____     5/10/22
Grand Jury Foreperson          Date

TIMOTHY T. DUAX
Acting United States Attorney

By: [signature]

FORDE FAIRCHILD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed MAY 1 0 2022
PAUL DE YOUNG, CLERK

2